ARNOLD v. VARNUM

No. 55 PC.

Case below: 34 N.C. App. 22.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 December 1977. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 6 December 1977.

BOARD OF TRANSPORTATION v. BROWN

No. 88 PC.

Case below: 34 N.C. App. 266.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 15 December 1977. Motion of defendant to dismiss appeal for lack of significant public interest allowed 15 December 1977.

COOKE v. COOKE

No. 71 PC.

Case below: 34 N.C. App. 124.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1977.

ENGLISH v. ENGLISH

No. 73 PC.

Case below: 34 N.C. App. 193.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1977.

MOHA CO. v. INGRAM

No. 77 PC.

Case below: 34 N.C. App. 326.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1977.